BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SHEILA M. SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-CV-01380-SMS<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER AND FILE THE CERTIFIED ADMINSTRATIVE RECORD** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file Defendant's e Certified Administrative Record.  The parties seek this extension to give Defendant adequate time to create and file a complete Certified Administrative Record.

    The current due date is January 13, 2014.  The new due date will be February 12, 2014.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1- Stip. and Proposed Order for an Ext. of Time; 1:13-cv-01380-SMS

Respectfully submitted,

Dated: January 13, 2014          /s/ *Kelsey Mackenzie Brown*
                                 (By email authorization on January 13, 2014)
                                 KELSEY MACKENZIE BROWN
                                 Attorney for Plaintiff

Dated: January 13, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ *Susan L. Smith*
                                 SUSAN L. SMITH
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 1/13/2014                  /s/ SANDRA M. SNYDER
                                  SANDRA M. SNYDER
                                  UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for an Ext. of Time; 1:13-cv-01380-SMS