KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHEILA SANDERS,<br><br>            Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case # 1:13-CV-01380-SMS<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 35-days to file Plaintiff's Confidential Letter Brief.

      This law firm has not had the number of attorneys working as anticipated when this Complaint was filed.  Additionally, one of the attorneys has had a medical emergency and Plaintiff's counsel is adding some of her significant caseload onto their own.  As a result, counsel for Plaintiff requires additional time to draft the Confidential Letter Brief.  The Confidential

MOTION – Page 1
1:13-CV-01380-SMS

Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
(360) 329-6968

Letter Brief is currently due on March 14, 2014.  Plaintiff requests an extension of time to April 18, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated March 14, 2014:	s/ KELSEY M. BROWN           CA #263109
	Kelsey M. Brown
	Dellert Baird Law Offices, PLLC
	Attorney for Plaintiff


Dated March 14, 2014:	s/ KELSEY M. BROWN for Susan Smith
	SUSAN SMITH
	(per phone authorization via Supervising Attorney)
	Special Assistant U.S. Attorney
	Office of the General Counsel

	Of Attorneys for Defendant


ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on April 18, 2014. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 17th day of March, 2014.


	 /s/ SANDRA M. SNYDER
	SANDRA M. SNYDER
	UNITED STATES MAGISTRATE JUDGE

MOTION – Page 2
1:13-CV-01380-SMS

Dellert Baird Law Offices, PLLC
PO BOX 3757
Silverdale, WA  98383
(360) 329-6968