| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| | DONNA CALVERT |
| 3 | Regional Chief Counsel, Region IX |
| 4 | Social Security Administration |
| | SUSAN L. SMITH |
| 5 | Special Assistant United States Attorney |
| 6 |     160 Spear Street, Suite 800 |
| 7 |     San Francisco, California 94105 |
| |     Telephone: (415) 977-8973 |
| 8 |     Facsimile: (415) 744-0134 |
| 9 |     Email: Susan.L.Smith@ssa.gov |
| 10 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SHIELA M. SANDERS, | Case No.: 1:13-CV-01380-SMS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days.  The Commissioner's Responsive Brief is currently due on July 23, 2014.  After this

extension, the Commissioner's Responsive Brief will now be due on August 22, 2014.

The undersigned counsel for Defendant seeks this extension due the press of workload including seven briefs due in disability matters in federal district court this month, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

This is the Commissioner's first extension request and is requested in good faith.

Respectfully submitted,

Dated: July 22, 2014          By: /s/ *Kelsey Mackenzie Brown*
                              (As authorized by email on 7/22/2014)
                              KELSEY MACKENZIE BROWN
                              Attorney for Plaintiff

Dated: July 23, 2014          BENJAMIN B. WAGNER
                              United States Attorney

                              By:  /s/ *Susan L. Smith*
                              SUSAN L.SMITH
                              Special Assistant U. S. Attorney
                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  _7/23/2014_              /s/ SANDRA M. SNYDER
                              HON. SANDRA M. SNYDER
                              UNITED STATES MAGISTRATE JUDGE