BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SHIELA M. SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-CV-01380-SMS<br><br>**STIPULATION AND ORDER** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on August 22, 2014. After this

extension, the Commissioner's Responsive Brief will now be due on September 22, 2014.

The undersigned counsel for Defendant seeks this extension due the press of workload including six briefs due in disability matters in federal district court this month, two matters before the Ninth Circuit Court of Appeals, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

This is the Commissioner's second extension request and is requested in good faith.

                              Respectfully submitted,

Dated: August 22, 2014        By: /s/ *Kelsey Mackenzie Brown*
                                        (As authorized by email on 8/22/2014)
                                        KELSEY MACKENZIE BROWN
                                        Attorney for Plaintiff

Dated: August 25, 2014        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ *Susan L. Smith*
                                        SUSAN L.SMITH
                                        Special Assistant U. S. Attorney
                                        Attorneys for Defendant

                                                    <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: <u>8/25/2014</u>              /s/ SANDRA M. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE