1  BENJAMIN B. WAGNER
2  United States Attorney
3  DONNA CALVERT
   Regional Chief Counsel, Region IX
4  Social Security Administration
5  SUSAN L. SMITH
   Special Assistant United States Attorney
6        160 Spear Street, Suite 800
         San Francisco, California 94105
7        Telephone: (415) 977-8973
8        Facsimile: (415) 744-0134
         Email: Susan.L.Smith@ssa.gov
9
10 Attorneys for Defendant
11
12              UNITED STATES DISTRICT COURT
13              EASTERN DISTRICT OF CALIFORNIA
14                    FRESNO DIVISION
15
16 SHIELA M. SANDERS,              ) Case No.: 1:13-CV-01380-SMS
                                   )
17      Plaintiff,                 ) **STIPULATION AND ORDER**
                                   )
18      v.                         )
                                   )
19 CAROLYN W. COLVIN,              )
20 Acting Commissioner of Social   )
   Security,                       )
21                                 )
22      Defendant.                 )
23 _____

24      IT IS HEREBY STIPULATED by the parties, through their undersigned
25 attorneys, and with the approval of the Court, that the schedule outlined in the
26 Court's Case Scheduling Order will be extended by seven (7) days.  The
27 Commissioner's Responsive Brief is currently due on September 22, 2014.  After
28

1 this extension, the Commissioner's Responsive Brief will now be due on
2 September 29, 2014.
3      The undersigned counsel for Defendant seeks this extension due to counsel's
4 unexpected absence from the office and an inadvertent error.  I have been absent
5 from the office due to the serious illness of a close family member.  Furthermore,
6 due to a temporary change in my assigned duties, my other federal district court
7 cases have been reassigned to other attorneys.  However, due to the large number
8 of cases which had to be reassigned, this case was inadvertently overlooked.
9 Therefore, Defendant requires the additional time to complete and fine the
10 Commissioner's Responsive Brief.  Defendant requests this extension in good faith
11 and apologizes for the delay.

Respectfully submitted,

Dated: September 26, 2014        By: /s/ *Kelsey Mackenzie Brown*
                                 (As authorized by email on 9/26/2014)
                                 KELSEY MACKENZIE BROWN
                                 Attorney for Plaintiff

Dated: September 29, 2014        BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ *Susan L. Smith*
                                 SUSAN L.SMITH
                                 Special Assistant U. S. Attorney
                                 Attorneys for Defendant

//
//
//
//
//
//

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: *9/29/2014*          */s/ SANDRA M. SNYDER*
                            UNITED STATES MAGISTRATE JUDGE