KELSEY MACKENZIE BROWN, CA 263109
Dellert Baird Law Office, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:   360-329-6968
Fax:         360-329-6968
Email:       Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA SANDERS, | ) |
| | ) Case No. 1:13-CV-01380-SMS |
| Plaintiff, | ) |
| | ) **STIPULATION FOR ATTORNEY** |
| | ) **FEES AND EXPENSES;** |
| | ) **ORDER THEREON** |
| CAROLYN W. COLVIN, | ) |
| Acting Comm'r of Social Security, | ) |
| | ) |
| Defendant, | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND TWENTY dollars and THIRTY ONE cents ($7,020.31).

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine whether they are subject to an offset.

**Sanders v. Colvin**                                                              **Stipulation for EAJA Fees**
**E.D. Cal. 1:13-cv-01380-SMS**

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The parties agree that whether these checks are made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such checks shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

                                        Respectfully submitted,

Date:  May 14, 2015                KELSEY MACKENZIE BROWN
                                      Attorney at Law

                                        <u>*/s/Jacqueline A. Forslund*</u>
                                        For KELSEY MACKENZIE BROWN
                                        Attorney for Plaintiff

Date:  May 14, 2015                BENJAMIN J. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        <u>*/s/Timothy Bolin\**</u>
                                        TIMOTHY BOLIN
                                        Special Assistant United States Attorney
                                        *By email authorization
                                        Attorney for Defendant

                                        <u>ORDER</u>

    APPROVED AND SO ORDERED

DATED:  <u>5/18/2015</u>                <u>/s/ SANDRA M. SNYDER              </u>
                                        UNITED STATES MAGISTRATE JUDGE